# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0585

_____

MATHEW RANDALL LAYFIELD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

March 19, 2026

PER CURIAM.

DISMISSED.

OSTERHAUS, C.J., and BILBREY and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mathew Randall Layfield, pro se, Petitioner.

No appearance for Respondent.